**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CHRISTOPHER O'ROURKE,

                **Plaintiff(s),**

                                                      **1:19**   Civ. **03223-ALC**

        - against -

                                                 **CLERK'S CERTIFICATE**
                                                      **OF DEFAULT**

KARENA FOODS INC. and 165 ASSOCIATES,
INC.,

                **Defendant(s),**
-------------------------------------------------------------X

       **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on April 11, 2019 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Karena Foods Inc. **by personally serving** Sue Zouky **, *and proof of service was therefore filed on*** April 19, 2019**, *Doc. #(s)* 8   . I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    September 17  , 20 19                                  **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                                     **By:**_____
                                                               **Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHRISTOPHER O'ROURKE,              AFFIRMATION IN SUPPORT
                                                   OF CLERK'S CERTIFICATE
                        Plaintiff(s)         OF DEFAULT


            -against-
                                                     1:19 CV-03223-ALC

KARENA FOODS INC. and 165 ASSOCIATES INC.,
                   Defendant(s).

-------------------------------------------------------------X

     Peter Sverd hereby declares as follows:

     1.      I am the plaintiff's attorney in this action.

     2.      This action was commenced pursuant to a summons and complaint.

     3.      The time for defendant(s), Karena Foods Inc., to answer or otherwise move with respect to the complaint herein has expired.

     4.      Defendant(s), Karena Foods Inc., has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Karena Foods Inc., to answer or otherwise move has not been extended.

     5.      That defendant(s), Karena Foods Inc., is not an infant or incompetent. Defendant(s) Karena Foods Inc., is a business and therefore, not in the military service of the United States.

WHEREFORE, plaintiff Christopher O'Rourke requests that the default of defendant(s) Karena Foods Inc., be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: September 17, 2019                    By: *Peter Sverd*
                                                                   Peter Sverd, Esq. (0406)
                                                                  The Law Offices of Peter Sverd PLLC.
                                                                  225 Broadway – Suite 613
                                                                  New York, NY 10007
                                                                  Tel. (646) 751-8743
                                                                  Email: psverd@sverdlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CHRISTOPHER O'ROURKE          ,
                Plaintiff(s),          **1:19-CV-03223-ALC**

     -against-

KARENA FOODS INC. and 165 ASSOCIATES INC.,
                           Defendant(s).

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on September 17, 2019, I electronically filed the foregoing Request for Certificate of Default and Affirmation in Support of Request for Certificate of Default with the Clerk of the District Court using the CM/ECF system.

Dated: September 17, 2019

                                                *Peter Sverd*
                                          Peter Sverd, Esq. (0406)
                                          The Law Offices of Peter Sverd PLLC.
                                          225 Broadway – Suite 613
                                          New York, NY 10007
                                          Tel. (646) 751-8743
                                          E-mail: psverd@sverdlawfirm.com