USDG SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/11/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CHRISTOPHER O'ROURKE,**

                              **Plaintiff,**

**v.**

**KARENA FOODS INC. and 165**
**ASSOCIATES, INC.,**

                              **Defendants.**

---

**19-cv-3223 (ALC)**

**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

Upon the Complaint filed April 11, 2019, the Affidavit of Peter Sverd, Esq. sworn to on September 23, 2019, and the exhibits thereto (collectively, the "Accompanying Papers"),

**IT IS HEREBY ORDERED** that Defendant Karena Foods Inc. (hereinafter, "Defendant") show cause before a motion term of this Court, in Courtroom 1306 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on **November 21, 2019 at 10:00 am,** or as soon thereafter as counsel may be heard, why this Court should not issue a default judgment in Plaintiff's favor pursuant to Rule 54(c) and 55 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that service of a copy of this order and the Accompanying Papers upon Defendant or his counsel on or before **October 16, 2019,** shall be deemed good service thereof.

**IT IS FURTHER ORDERED** that Defendant's responsive papers must filed with the Court and served upon Plaintiff's counsel on or before **November 8, 2019**. Plaintiff shall have until **November 18, 2019** to file an Opposition, if any, to the submissions of the Defendant.

Defendant is advised that failure to respond to the Order to Show Cause may be grounds for the granting of a Default Judgment in Plaintiff's favor.

**SO ORDERED.**

Dated:   **October 11, 2019**
      **New York, New York**

                   **ANDREW L. CARTER, JR.**
                  **United States District Judge**