Form 27 - AFFIDAVIT OF SERVICE



**PETER SVERD PLLC**
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHERS O' ROURKE

                                  PLAINTIFF

- vs -

KARENA FOODS INC., ETANO

                                  DEFENDANT

index No. **1:19-CV-03223-ALC**
Date Filed
Office No.
Court Date. **11/21/2019**

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **15TH** day of **OCTOBER, 2019 5:55PM** at
    **1724 2ND AVENUE ATTN: MUGHLAI INDIAN CUISINE RESTAURANT**
    **NEW YORK NY 10128**
I served a true copy of the **EXHIBITS, ORDER TO SHOW CAUSE** upon **KARENA FOODS INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **MATIE (DOE) (REFUSED FULLNAME), MANAGER AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **BROWN** HAIR: **BLACK/GREY**
APP.AGE: **40** APP. HT: **5'7** APP. WT: **155**
OTHER IDENTIFYING FEATURES

Sworn to before me this
17TH day of OCTOBER, 2019

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 2082579
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 9-PSP-2466944

2a